BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Petitioner,<br><br>DEIMENTRIUS CLAY,<br><br>                              Respondent. | **2:14-CV-01206-WBS-KJN**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**Taxpayer:**<br>**DEIMENTRIUS CLAY**<br><br>**Date: July 24, 2014**<br>**Time: 10:00 a.m.**<br>**Ctrm: 25, 8th Floor** |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  The case can and should be closed and all dates vacated.

Dated: July 18, 2014              Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                        By:       _/s/  YHimel_
                                  YOSHINORI H. T. HIMEL
                                  Assistant U.S. Attorney
                                  Attorneys for Petitioner
                                  United States of America

**ORDER**

Upon Petitioner's notice of compliance and recommendation, IT IS HEREBY ORDERED that:

1. The July 24, 2014 order to show cause hearing is vacated.
2. The order to show cause (ECF No. 4) is discharged.
3. The Clerk of Court shall close this case.

Dated: July 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **July 18, 2014**, she served a copy of

**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below and by e-mailing to the e-mail address listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California.

**MAILING ADDRESS**:

Deimentrius Clay
561 Lexington Dr.
Vallejo, CA  94590

　　　　　　　　　　　　　　　　　　　　　　 */s/ Pamela Beauvais*
　　　　　　　　　　　　　　　　　　　　　　  PAMELA BEAUVAIS

PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE

3